# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) **Arraignment /Initial Appearance on a Felony Information**
(X) **Change of Plea**
(X) **Custody Status reviewed/**(X) **Waiver of Indictment**
(X) **Notice of Sentencing Date: NOVEMBER 14, 2019 at 10:00 AM before Judge Winmill**

| | |
|---|---|
| MAGISTRATE JUDGE: RONALD E. BUSH | DATE: 8/28/2019 |
| DEPUTY CLERK/ESR: Lynette | Tape start 4:30 pm (50 min.) |
| | Pocatello, Idaho |

<u>**UNITED STATES OF AMERICA**</u> vs. <u>**RYAN V. CLARK**</u>
CR. 19-219-E-BLW
Counsel for: United States (AUSA): Jack Haycock
                  Defendant: Kelly Kumm-Cja previously appointed (3/26/18)

(X) Court reviewed the record. (X) Defendant placed under oath.
(X) <u>**ARRAIGNED**</u> **on an Information**: Constitutional Rights to Jury Trial and Counsel advised.
(X) Maximum Penalties Provided -Refer to penalty sheet. (X) **Information** provided to defendant/understands the charges and maximum penalties and Waived reading.
(X) Waiver of Indictment executed and filed in open court.

(X) <u>**PLEA:**</u> **Defendant entered plea of** GUILTY to Count 1 of the Information.
(X) Upon examination of the defendant, the Court finds the defendant competent to enter a plea.
(X) Court reviewed <u>**Plea Agreement -Doc. 2.**</u>
(X) Counsel for the Government stated for the record the elements and evidence of the charge.
(X) The Court finds there is a factual basis to accept the defendant's plea of guilty.
**(X) Court Ordered a Pre-Sentence in this matter. Defendant shall meet with U.S. Probation Officer as directed.**
<u>NOTICE OF SENTENCING:</u> NOVEMBER 14, 2019, at 10:00 AM, before Judge Winmill at Pocatello, Idaho.
Original report to Counsel: 10/3/2019.
Notification of Objections: 10/17/2019.
Final Report Due: 10/31/2019.

(X) Court shall enter an R&R.

(X) <u>ORDER</u>: Court and counsel reviewed Pre-Trial Services Report. Counsel may keep copies. Court released defendant On Order of RELEASE with no Supervision- refer to Order. Defendant to be processed by USMS.

X) <u>*Notice:*</u> COUNSEL: Should your sentencing expect to last longer than 1 hour; Counsel shall contact Jamie Bracke at least 14 days PRIOR to the Sentencing Date. Any letters must be filed with the USPO and filed no later than 7 days PRIOR and any Sentencing Memorandum shall be filed 7 days PRIOR to Sentencing. Any memorandum seeking to be filed under seal, shall be filed via a separate motion.